## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | ) | No. 15 B 30514 |
| In re   Michael Philip Tolliver | ) |  |
|  | ) | Chapter 13 |
|  | ) | Hon Jack Schmetterer |
| Debtor. | ) | Hearing Date: 1/27/16 9:30 am |

### NOTICE OF MOTION

TO:   see attached service list

**PLEASE TAKE NOTICE** that on 1/27/2015 at 9:30am., or as soon as counsel may be heard, I shall appear before the Honorable **Jack Schmetterer** or any judge sitting instead in Courtroom 682 of the Federal Courthouse at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present the attached Motion to Determine Value of Collateral.

            /s/ Joseph M. Olstein

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by 735 5/1-109 of the Illinois Code of Civil Procedure, that the above-noted motion was placed in the U.S. Mail properly addressed and mailed pursuant to the method indicated on the attached service list, before the hour of 6:00 p.m. on December 22, 2015.

              /s/ Joseph M. Olstein

Joseph Olstein #6300472
Olstein Law, LLC
10450 S. Western Ave.
Chicago, IL 60643
(312) 725-4132

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re   Michael Philip Tolliver | ) | No. 15 B 30514 |
|  | ) |  |
|  | ) | Chapter 13 |
|  | ) | Hon Jack Schmetterer |
| Debtor. | ) | Hearing Date: 1/27/16 9:30 am |

### DEBTOR'S MOTION TO VALUE COLLATERAL AND TO DETERMINE EXTENT AND SECURED STATUS

**NOW COMES Michael Philip Tolliver** ("Debtor") and move this Court for an Order valuing the collateral of Urban Partnership Bank and determining the extent and secured status of Urban Partnership Bank's second mortgage pursuant to 11 U.S.C. 1322(b)(2). In support of her motion she respectfully represent as follows:

### JURISDICTION

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. 1334 and venue is proper pursuant to 28 U.S.C. 1408.

2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(A) and (O).

### INTRODUCTION

3. Debtors filed their voluntary petition for relief under chapter 13 of the Bankruptcy Code on 8/7/2015.

4. Debtors' schedule of real property discloses ownership of the property commonly known as 4543 S. King Drive, Chicago, IL ("the property").

5. The property is Debtor's investment property.

6. Urban Partnership Bank ("Urban") has a first mortgage on the property in the amount of $415,377.00.

7. Based upon on a BPO of the property, the fair market value of the property at the time of filing this case was approximately $135,000.00. The BPO is attached hereto as Exhibit A.

8. Accordingly, the mortgage in favor of Urban is only partially secured.

**RELIEF REQUESTED**

9. Debtors respectfully request that this Honorable Court enter an order (a) valuing the property at $135,000.00; (b) finding that the mortgage lien of Urban is only partially secured, by the property, and (c) providing that Urban will be paid a fixed payment on account of their secured claim and shall be paid as a general unsecured creditor for the balance of their claim pursuant to section 506 of the bankruptcy code.

**BASIS FOR RELIEF REQUESTED**

11. Section 1322(b)(2) provides a vehicle for such strip-downs. Under the statute, a debtor may "modify the rights of holders of secured claims . . . or of holders of unsecured claims." 11 U.S.C. § 1322(b)(2). The "rights" of creditors referred to under § 1322(b)(2) are those provided under state law, including rights "reflected in ... relevant mortgage instruments, which are enforceable under [relevant state] law." *Nobelman v. Am. Savs. Bank*, 508 U.S. 324, 329 (1993).Among those rights is the right to retain a lien until the corresponding debt has been paid off. *Id.* Accordingly, modification under § 1322(b)(2) may include the stripping of liens. *In re Ginther*,427 B.R. 450, 453 (Bankr. N.D. Ill. 2010); *Ryan v. United States (In re Ryan)*, Bankr. No. 11 B 834346, Adv. No. 11 A 1793, 2012 WL 4959632, at *5 (Bankr. N.D. Ill. Oct. 17, 2012), *aff'd*, No.

WHEREFORE, the Debtors respectfully request the entry of an Order:

    a. Valuing the property at $135,000.00;

  b. Finding that the mortgage of Urban Partnership Bank is only partially secured, by the property;

  c. Granting such other and further relief as is just and equitable.


                /s/ Joseph M. Olstein


Joseph Olstein #6300472
Olstein Law, LLC
10450 S. Western Ave.
Chicago, IL 60643
(312) 725-4132

## SERVICE LIST

**Via regular mail:**

**Sarah K. Lash**
**Chuhak and Tecson, P.C.**
**30 South Wacker Drive**
**Suite 2600**
**Chicago, IL 60606**

**Chapter 13 trustee, Via ECF**