IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF: | ) 15 B 27140 |
| | ) |
| MICHAEL PHILLIP TOLLIVER | ) Chapter 13 |
| | ) |
| Debtor. | ) Judge Jack B. Schmetterer |
| | ) |
| | ) Hearing Date: |
| | ) Hearing Time: |

## URBAN PARTNERSHIP BANK'S OBJECTION TO
## CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

URBAN PARTNERSHIP BANK, as assignee of the FEDERAL DEPOSIT INSURANCE COMPANY ("FDIC"), as receiver for SHOREBANK ("UPB"), by and through its attorneys, CHUHAK & TECSON, P.C., secured creditor in the above referenced Chapter 13 bankruptcy, hereby objects to confirmation of proposed Chapter 13 Plan filed by Michael Phillip Tolliver (the "Debtor"). In support of its objection, UPB states as follows:

### Background Facts

1. On August 7, 2015, the Debtor filed this Chapter 13 bankruptcy.

2. The Debtor filed his Plan on August 7, 2015 and an Amended Plan on May 10, 2016 [Doc. No. 81] (the "Plan").

3. UPB is a secured creditor of the Debtor pursuant to one Promissory Note and Mortgage recorded against the real property located at 4543 S. King Dr., Chicago, Illinois (the "Property").

4. On April 5, 2006, ShoreBank made two loans to the Debtor which were memorialized by a Promissory Note in the original principal sum of $417,300.00 ("Loan I") and a Credit Agreement in the original principal sum of $18,700.00 ("Loan II") (collectively, the "Loans" and/or the "Notes"). The Notes were secured by Mortgages signed by the Debtor and

2959101\1\21457\52057

recorded on May 1, 2006 and May 9, 2006, as Document Numbers 0612154037 and 0612948055, respectively, in the Cook County Recorder's Office.

5. In August 2009, the Notes were in default due to non-payment.

6. On or about January 2016, Loan I was sold to Panatte, LLC. An Assignment of Mortgage was recorded on February 24, 2016 as document no. 1605539087 reflecting the transfer (*See* **Exhibit A**).

7. The Plan proposes to pay UPB the sum of $135,000 in arrears over a five (5) year period with 3.5% interest rate, and monthly payments in the sum of $2,455.89. The Plan combines the two Loans together although the Loans are held by separate entities.

## Discussion

8. Confirmation of the Plan must be denied for the following reasons:

   (a) The Plan fails to provide for sufficient payment of real estate taxes for the Property.

   (b) The Plan fails to pay the fully secured claim in full within the term of the Plan.

   (c) The Plan attempts to cram down one a mortgage not held by UPB without naming the proper entity and it attempts to lien strip the other Mortgage without complying with the Bankruptcy Code in seeking that kind of relief.

9. <u>Plan Does Not Adequately Provide for Real Estate Tax Payments</u>. The Plan is not confirmable as it does not provide for payment of annual real estate taxes for the Property. The Debtor indicated in the "Special Terms" section that he would pay the Real Estate taxes and then contrary to that assertion, he did not provide for any payments to the Cook County Treasurer's Office.

2959101\1\21457\52057

10. <u>Plan does Not Adequately Provide for Property Insurance</u>: The Plan in the "Special Terms" section indicates the Debtor will pay for Property Insurance but then fails to actually effectuate that sentiment in the Plan with payments.

11. <u>Debtor's Plan is Not Feasible</u>. The Debtor indicates that he has $4,161.79 available for monthly plan payments. He then goes on to propose approximately $8,000 worth of payments to creditors. The Debtor's Plan proposes to make monthly payments that exceed his available income and accordingly, the Plan is not feasible.

## Conclusion

12. For the foregoing reasons, confirmation of the Debtor's Chapter 13 Plan must be denied.

WHEREFORE, URBAN PARTNERSHIP BANK, as Successor in Interest to ShoreBank, requests that this Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 Plan and providing Lender with such other and further relief as may be appropriate.

Respectfully Submitted,

URBAN PARTNERSHIP BANK

By: /s/*Sarah K. Lash*
        One of Its Attorneys

Sarah K. Lash (ARDC# 6300299)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606-7413
(312) 444-9300
slash@chuhak.com

2959101\1\21457\52057

Prepared By:
First Financial Network, Inc.
9211 Lake Hefner Parkway
Suite 200
Oklahoma City, OK 73120

When Recorded Mail To:

Panatte, LLC
Attn: Saprina Allen
1206 North Main Street
North Canton, Ohio 44720



Doc#: 1605539087 Fee: $58.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 02/24/2016 09:02 AM Pg: 1 of 6

*(Space above is for Recorder's use)*

## ASSIGNMENT OF REAL ESTATE MORTGAGES, DEEDS OF TRUST, ASSIGNMENT OF LEASES AND RENTS AND OTHER LOAN DOCUMENTS

KNOW ALL MEN BY THESE PRESENTS:

THAT, **Urban Partnership Bank,** an Illinois banking corporation (referred to herein as "Assignor" or "Grantor") whose principal address is 7936 S. Cottage Grove Avenue, Chicago, Illinois, **under Limited Power of Attorney dated December 11, 2015 and recorded January 22, 2016, as Document No. 1602217004,** for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer, and set over to **PANATTE, LLC,** a Delaware limited liability company, its successors and assigns (referred to herein as "Assignee" or "Grantee"), whose principal address is 1206 North Main Street, North Canton, Ohio, 44720, all right, title and interest in and to the documents, property and other interests transferred (the "Transferred Interests") pursuant to that certain Loan Sale Agreement entered into by Grantor and Grantee as of November 7, 2015, and any amendments thereto, inclusive of schedules and exhibits thereto, said Transferred Interests including but not limited to the documents described on **Exhibit A** hereto, "Recorded Documents," which such Recorded Documents were recorded with the Cook County Recorder of Deeds, Cook County, Illinois, together with all amendments, modifications and extensions related to the Recorded Documents or arising therefrom.

SEE **EXHIBIT A** ATTACHED HERETO AND MADE A PART HEREOF.

THIS ASSIGNMENT AND THE ATTACHED **EXHIBIT A** MAY BE AMENDED AND RE-RECORDED FROM TIME TO TIME TO CORRECT SCRIVENOR'S ERRORS AND TO MAKE OTHER CORRECTIONS AS MAY BE NECESSARY TO ACCURATELY REFLECT SPECIFIC INFORMATION INTENDED TO BE REFLECTED IN THIS ASSIGNMENT AND **EXHIBIT A** HERETO.

TO HAVE AND TO HOLD THE SAME UNTO **PANATTE, LLC, ITS SUCCESSORS AND ASSIGNS.**

THIS ASSIGNMENT IS MADE AS IS, WHERE IS, WITH ALL FAULTS AND WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ORAL OR WRITTEN, EXCEPT AS PROVIDED IN ARTICLE VII OF THAT CERTAIN LOAN SALE AGREEMENT DATED NOVEMBER 7, 2015.

IN WITNESS WHEREOF, **URBAN PARTNERSHIP BANK** has caused this instrument to be executed and effective as of this 21st day of January, 2016.

**URBAN PARTNERSHIP BANK**

By: Panatte, LLC, Attorney-in-Fact
By: Saprina Allen
Its Authorized Signatory

ACKNOWLEDGMENT

STATE OF OHIO

COUNTY OF STARK

The foregoing instrument was acknowledged before me this 5th day of February, 2016, by Saprina Allen, Authorized Signatory of Panatte, LLC, a Delaware limited liability company, Attorney-in-Fact for Urban Partnership Bank.

By:
Notary Public, State of Ohio

Delrica Grubbs
Notary Public - Ohio
My Commission Expires
05/03/20 20

# EXHIBIT "A"

**LEGAL DESCRIPTION**

THE SOUTH 40 FEET OF NORTH 118 FEET OF LOT 3 IN BLOCK 7 IN WILLIAM B. WALRATH'S SUBDIVISION OF PART OF THE WEST 17 CHAINS AND 2 LINKS OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

**PIN:** 15-10-302-018-0000

**Commonly known as Property Address:** 426 South 22nd Ave, Bellwood, IL 60104

**Document Number:** 0010089787, 1129329013 and 1317722094

**Reference #:** 5893

**LEGAL DESCRIPTION**

LOT 49 IN THE RESUBDIVISION OF BLOCK 4 AND PARTS OF BLOCKS 5, 6, 7, 11, 12, 13, 14 IN FAIRMOUNT, A SUBDIVISION MADE BY THE CALUMET AND CHICAGO CANAL AND DOCK COMPANY OF THE EAST 1/2 OF THE SOUTHWEST 1/4 AND THE NORTHWEST '1/4 OF THE SOUTHEAST 1/4, SOUTH OF CHICAGO ROCK ISLAND AND PACIFIC RAILROAD OF SECTION 3, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**PIN:** 25-03-324-017-0000

**Commonly known as Property Address:** 9402 South Prairie Ave., Chicago, IL 60619

**Document Number:** 0807954002, 1223645050 and 1407834051

**Reference #:** 3344

**LEGAL DESCRIPTION**

LOT 44 IN ANDERSON'S SUBDIVISION OF PART OF THE NORTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 10, TOWNSHIP 42 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**PIN:** 03-10-301-014-0000

**Commonly known as Property Address:** 881 Vera Lane, Wheeling, IL 60090

**Document Number:** 0812754016 and 1215644020

**Reference #:** 9688

## LEGAL DESCRIPTION

SITUATED IN THE COUNTY OF COOK, IN THE STATE OF ILLINOIS, TO WIT LOT 5 IN BROWN'S SUBDIVISION OF BLOCK 13 IN THE SUBDIVISION BY HEIRS OF IRA WEBSTER OF THE NORTHWEST 1/4 OF SECTION 34, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO PLAT THEREOF RECORDED NOVEMBER 17, 1920, IN BOOK 162 OF PLATS PAGE 30 AS DOCUMENT 6995784 IN COOK COUNTY, ILLINOIS.

**PIN:** 20-34-117-025-0000

**Commonly known as Property Address:** 8116 S. King Dr., Chicago, IL 60619

**Document Number:** 0908517038, 0908517039, 0911057260, 0911108065 and 1219845013

**Reference #:** 3028

## LEGAL DESCRIPTION

LOT 7 IN BLOCK 3 IN WRIGHT'S FIRST ADDITION TO JACKSON PARK, BEING A SUBDIVISION OF LOTS 1 TO 4 INCLUSIVE AND 8 IN COMMISSIONER'S PARTITION OF THE EAST 1/2 OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 1, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**PIN:** 25-01-117-007-0000

**Commonly known as Property Address:** 8819 S. Euclid Ave., Chicago, IL 60617

**Document Number:** 0826603008, 0826603009, 1219845009

**Reference #:** 2962

## LEGAL DESCRIPTION

LOT 9 IN BLOCK 1 IN GRANT'S ADDITION, A SUBDIVISION OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 23, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**PIN:** 16-23-217-021-0000

**Commonly known as Property Address:** 1432-34 S. Homan, Chicago, IL 60623

**Document Number:** 0704441229, 0704441230 and 1312129026

**Reference #:** 2610 and 1001

## LEGAL DESCRIPTION

PARCEL 1:

UNIT 1 IN THE 4529 SOUTH ST. LAWRENCE CONDOMINIUM AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE: LOT 22 IN HENDERSON'S SUBDIVISION OF LOT 16 AND 17 IN FORESTVILLE, A SUBDIVISION OF THE NORTH 40 ACRES OF THE SOUTH 60 ACRES IN THE EAST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 3, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE SOUTHEAST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 3. TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE SOUTHEAST 1/4 OF SECTION 3. TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS; ACCORDING TO THE PLAT THEREOF RECORDED JULY 26. 1875 AS DOCUMENT 959 IN PLAT BOOK 19, PAGE 41. IN COOK COUNTY: WHICH SURVEY IS ATTACHED TO THE DECLARATION RECORDED AS DOCUMENT 0526927046, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

PARCEL 2:

THE EXCLUSIVE USE OF PARKING SPACE P-1 AND STORAGE SPACE S-1, LIMITED COMMON ELEMENTS AS DELINEATED ON THE SURVEY ATTACHED TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0526927046.

**PIN:** 20-03-418-056-1001

**Commonly known as Property Address:** 4529 S. Saint Lawrence Unit #1, Chicago, IL 60653

**Document Number:** 0830411053, 1208244080 and 1215744030

**Reference #:** 7288

## LEGAL DESCRIPTION

LOT 30 AND THE SOUTH 1/2 OF LOT 31 IN BLOCK 6 IN JAMES A. STODDARD'S SUBDIVISION OF PART OF THE SOUTH 3/4 OF THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 4, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**PIN:** 25-04-206-019-0000

**Commonly known as Property Address:** 8849 South Princeton, Chicago, IL 60620

**Document Number:** 0407704157, 0407704158, 1134629036, 1227239099 and 1227239100

**Reference #:** 0716

## LEGAL DESCRIPTION

THE SOUTH 33 FEET OF LOT 1 IN SNOW AND DICKINSON'S SUBDIVISION OF LOT 3 IN CLEAVER AND TAYLOR'S SUBDIVISION OF THE NORTH 1/2 OF THE SOUTH 1/2 OF THE EAST 1/2 OF THE SOUTHWEST 1/4 AND THE NORTH 1/2 AND THE SOUTH 1/2 OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 3, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN: 20-03-415-004-0000

Commonly known as Property Address: 4543 S King Drive, Chicago, IL 60653

Document Number: 0612154037, 1223745037, 1301844011 and 1320313057

Reference #: 3488


## LEGAL DESCRIPTION

UNIT NUMBER 5516 -2 AS DELINEATED ON PLAT OF SURVEY OF THE FOLLOWING DESCRIBED PARACEL OF REAL ESTATE (HEREINAFTER REFERRED TO AS PARCEL): LOT 20 IN BLOCK 2 IN EAST END SUBDIVISION IN SECTION 12 AND 13, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, AND AN EASEMENT FOR THE BEBEFIT OF LOT 20, PURSUANT TO DECREE ENTERED MAY 15, 1962, IN CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CASE NUMBER 62C2250 FOR INGRESS AND EGRESS OVER THE SOUTH 4 FEET OF LOT 21 IN BLOCK 2 IN EAST END SUBDIVISION AFORESAID, IN COOK COUNTY ILLINOIS, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 10, 1972 AS DOCUMENT 21861930, WHICH SURVEY IS ATTACHED AS EXHIBIT TO DECLARATION MADE BY MICHIGAN AVENUE NATIONAL BANK OF CHICAGO AS TRUSTEE UNDER TRUST NUMBER 1921 AND RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS OF COOK COUNTY, ILLINOIS AS DOCUMENT 21861930 TOGETHER WITH AN UNDIVIDED PERCENTAGE INTEREST IN SAID PARCEL.

PIN: 20-13-102-025-1005

Commonly known as Property Address: 5516 S Everett Unit 2S, Chicago, IL 60637

Document Number: 0529204328 and 1219845008

Reference #: 0243